United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HANCOCK WHITNEY BANK, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:24cv4638 |
| § | |
| M.Y.R.T.A., ET AL., *Defendants* § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated August 20, 2025 (Dkt. 26) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __5th__ day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE