United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| HANCOCK WHITNEY BANK, *Plaintiff,* § § § | |
| V. § § | CIVIL ACTION NO. 4:24cv4638 |
| M.Y.R.T.A., ET.AL., *Defendants.* § § § | |

## **FINAL JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Memorandum and Recommendation, it is hereby **ORDERED** that the Court **GRANTS** Plaintiff Hancock Whitney Bank's Motion for Default Judgment (ECF No. 23).

Further, it is **ORDERED** that Final Default Judgment be entered in Plaintiff's favor on its breach of contract claims and Plaintiff be awarded contractual damages in the amount of $230,177.04 against Defendants M.Y.R.T.A., Florentino Aparicio, and Brenda C. Aparicio ("Brenda"), jointly and severally, and $108,494.16 against Brenda C. Aparicio (totaling $338,671.20 against Brenda), $8,856.32 in attorney's fees to be paid jointly and severally, prejudgment interest at the rate of 18.0% from November 25, 2024 to the date preceding the date of entry of judgment, to be paid jointly and severally by Defendants as to Note 1, and to be paid by Brenda C. Aparicio, as to Note 2, and post-judgment interest on the total amount of the judgment from the date of the judgment until the judgment is paid in full. Such post-judgment interest shall be paid by Defendants, jointly and severally, as to Note 1, and paid by Brenda C. Aparicio as to Note 2.

**THIS IS A FINAL, APPEALABLE JUDGMENT.**

**SIGNED** at Houston, Texas this **5th** day of September, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE